**Blauer-Goldstone Company, appellant, v. Kernes Manufacturing Company, appellee. Gen. No. 31,847.**

Replevin. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927.

Harry H. Krinsky, for appellant. Abraham Greenfield, for appellee; Louis M. Mantynband, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Morris Chudom and Hyman Bioff, assignees, appellees, v. Harry Schneider, appellant. Gen. No. 31,859.**

Action to recover amount due under lease. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

Benjamin E. Cohen, for appellant; Samuel Berke, of counsel. No appearance for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Hartman Furniture & Carpet Company, appellee, v. Henry Mowschine et al. Henry Mowschine, appellant. Gen. No. 31,868.**

Replevin for phonograph on default on instalment plan mortgage. Verdict directed for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927.

Cohen, vonHelmolt & O'Connor, for appellant. Felsenthal, Struckman & Berger, for appellee; Julius Kreeger, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Joseph E. Davidson, appellant, v. J. C. Newar, appellee. Gen. No. 31,911.**

Action for rent due. Judgment against plaintiff for costs. Appeal from the Municipal Court of Chicago; the Hon. Lawrence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and judgment here with findings of fact. Opinion filed October 4, 1927.

Joseph J. Augustus, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Stanley Shimkus, administrator of the estate of Frank Milewski, deceased, defendant in error, v. Anton Martinkus, plaintiff in error. Gen. No. 31,271.**

Assumpsit for money due. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed with finding of facts. Opinion filed October 4, 1927.

Harold O. Mulks, for plaintiff in error. Kasimir P. Gugis, for defendant in error; P. B. Smith, of counsel.

Mr. Justice Gridley delivered the opinion of the court.